JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ERIN BALANDRAN and DANIEL BALANDRAN,<br><br>Plaintiffs,<br><br>vs.<br><br>FCA US, LLC; SIMI VALLEY CHRYSLER DODGE JEEP RAM; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-02696-SVW-AS<br><br>Judge Stephen V. Wilson<br>Magistrate Judge Alka Sagar<br><br>Courtroom: 10A<br><br>Date: June 1, 2020<br>Time: 1:30 PM<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO REMAND** |

Upon consideration of the papers submitted, and good cause appearing, IT IS ORDERED THAT Plaintiffs' Motion be granted in its entirety. This action is hereby remanded to the Superior Court of the State of California for the County of Los Angeles.

IT IS SO ORDERED.

DATED: May 18, 2020

_____
Hon. Stephen V. Wilson
United States District Judge

ORDER GRANTING PLAINTIFFS' MOTION TO REMAND